[  ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**  **Case No.:**

(1) Phyllis Karen Harvell

(2)

**Debtor(s).**  **Chapter 13**

## CHAPTER 13 PLAN

**ADDRESS:**

(1) 1905 Jefferson Ave. Apt # 4  (2)

Memphis, TN 38104

**PLAN PAYMENT:**

Debtor (1) shall pay: $ 75.00    ( X ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly by:

( X ) PAYROLL DEDUCTION from:    OR    ( ) DIRECT PAY

Real Nurses LLC
8295 Tournament Dr., Suite 150
Memphis, TN 38125

Debtor (2) shall pay: $    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly by:
( ) PAYROLL DEDUCTION from:    OR    ( ) DIRECT PAY

1. **THIS PLAN [Rule 3015.1 Notice]:**
   (A) **CONTAINS A NON-STANDARD PROVISION.** [See plan provision #19]    ( ) YES ( X ) NO
   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM.** [See plan provisions #7 and #8]    ( X ) YES ( ) NO
   (C) **AVOIDS A SECURITY INTEREST OR LIEN.** [See plan provision #12].    ( ) YES ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; OR ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**    **Monthly Plan Payments**

5. **PRIORITY CLAIMS:**    **Amount**    **Monthly Plan Payments**

6. **HOME & MORTGAGE CLAIMS:**

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]    **Value of collateral**    **Rate of interest**    **Monthly plan payment**

   Orion    $ 380.00    6%    $ 9.00

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
   [Retain lien 11 U.S.C. §1325 (a)]    **Value of collateral**    **Rate of interest**    **Monthly plan payment**

   Orion    $8,975.00    6%    $210.00

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
   **Collateral:**

10. **SPECIAL CLASS UNSECURED CLAIMS:**           **Amount**                **Rate of interest**              **Monthly plan payment**

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**           **Not provided for**     OR     **General unsecured credotpr**

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $ 5,000.00 (approximately); however, amount is to be determined after all claims are filed, undersecured amounts determined, deficiencies determined, etc.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
    (A) ( ) _____%, OR,
    (B) ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**           **Assumes**     OR     **Rejects**

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately __60__ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

___/s/ Philip F. Counce_____ DATE: __2/2/19_____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**